UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCY ALTMAN-GUBERNIKOFF and
GEORGE GUBERNIKOFF, M.D.,

                   Plaintiffs,

- against -

ALAN GARELY, M.D., MOUNT SINAI
SOUTH NASSAU f/k/a SOUTH NASSAU
COMMUNITIES HOSPITAL, JOHN DOE,
M.D., AMERICAN MEDICAL SYSTEMS,
AMERICAN MEDICAL SYSTEMS
HOLDINGS, INC., ENDO
PHARMACEUTICALS, INC., ENDO
PHARMACEUTICALS HOLDINGS, INC.,
and ENDO HEALTH SOLUTIONS, INC.,

                   Defendants.

**ORDER**

20 Civ. 4913 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

       Defendants American Medical Systems, Dr. Alan Garely, and Mount Sinai South Nassau have filed pre-motion letters seeking permission to move to dismiss.  (Dkt. Nos. 14, 16, 17)  As discussed in this Court's Order denying Plaintiffs' remand motion (Dkt. No. 40), the Complaint is deficient in several respects.  Plaintiffs may file an Amended Complaint addressing the deficiencies.  Any Amended Complaint will be filed by **March 26, 2021**.

       If no Amended Complaint is filed by March 26, 2021, the Court will set a briefing schedule concerning Defendants' proposed motions to dismiss.  In the event that an Amended Complaint is filed by March 26, 2021, Defendants will – **by April 2, 2021** – submit letters stating whether they wish to renew their applications to file motions to dismiss. Defendants' letters should include a proposed briefing schedule that has been discussed with

Plaintiffs' counsel.

Dated: New York, New York
      March 19, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge