USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCY ALTMAN-GUBERNIKOFF, et al.,

                Plaintiffs,            20-CV-04913 (PGG)(SN)

    -against-                                  **ORDER**

M.D. ALAN GARELY, et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Court's closure on June 20, 2022, the parties' *ex parte* settlement letters and attendance acknowledgment forms shall be filed no later than June 21, 2022.

**SO ORDERED.**

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:    New York, New York
                June 14, 2022