UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCY ALTMAN-GUBERNIKOFF, et al.,

                              Plaintiffs,                      20-CV-04913 (PGG)(SN)

        -against-                                        **ORDER**

M.D. ALAN GARELY, at al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have informed the Court that the matter has settled. The settlement conference scheduled for June 27, 2022, is ADJOURNED. The parties are directed to file a stipulation of dismissal by no later than June 24, 2022.

**SO ORDERED.**

                                                        _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       New York, New York
                    June 17, 2022